UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:12-CR-00121-LRH-WGC |
| Plaintiff, | ORDER |
| vs. | |
| BRET OGILVIE, and<br>LINWOOD TRACY, | |
| Defendants. | |

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that defendant Linwood Tracy, Jr. may have up to and including December 18, 2013 in which to file points and authorities regarding his motion to dismiss, that the response by the Government may be filed by December 27, 2013, and that the replies may be filed by January 6, 2014.

DATED this  13th  day of December, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE